Dana M. Keene, CA Bar No. 324993
STRUCK LOVE ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Tel.: (480) 420-1600
dkeene@strucklove.com

Attorney for Defendant CoreCivic, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ULISES PEÑA LOPEZ, an individual; ABY PENA, AN INDIVIDUAL; and E.P., a minor, by and through her guardian and mother, ABY PENA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; DEPARTMENT OF HOMELAD SECURITY – IMMIGRATION AND CUSTOMS ENFORCEMENT; THE GEO GROUP, INC.; and CORECIVIC, INC.;<br><br>Defendants. | Case No. 5:26-cv-06864-BLF-VKD<br><br>**[~~PROPOSED~~] ORDER GRANTING STIPULATED REQUEST FOR ORDER CHANGING TIME**<br><br>U.S. District Judge: Hon. Beth Labson Freeman<br>U.S. Magistrate Judge: Hon. Virginia K. Demarchi<br>Trial Date: None<br>Action Filed: July 6, 2026 |

The Court, having reviewed the parties' Stipulation, and good cause appearing, hereby **GRANTS** the Stipulation and **ORDERS** as follows:

Defendant CoreCivic, Inc. shall have until September 3, 2026 to answer or otherwise respond to Plaintiffs' Complaint. In the event that CoreCivic elects to file a responsive motion in lieu of an Answer, the time for Plaintiffs' Opposition is extended to October 16, 2026, and the deadline for CoreCivic to file its Reply to any such Opposition is October 23, 2026.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: August 17, 2026

Honorable Beth Labson Freeman
U.S. District Court Judge