CYNTHIA L. RICE, Esq. (SBN 87630)
DISABILITY LAW UNITED
611 Mission Street, Ste. 400
San Francisco, CA 94105
Telephone: (303) 551-9389
Email: crice@dlunited.org

LAURA MURCHIE, Esq.*
DISABILITY LAW UNITED
1905 Sherman Street, Ste. 200 #1281
Denver, CO 80203
Telephone: (404) 912-5234
Email: lmurchie@dlunited.org

ELENA HODGES, Esq. (SBN 805655)
PANGEA LEGAL SERVICES
391 Sutter Street, Ste 500,
San Francisco, CA 94108
Telephone: 415-757-9917
Email: elena@pangealegal.org

AYESHA LEWIS (SBN 348445)
DISABILITY RIGHTS EDUCATION
AND DEFENSE FUND
3075 Adeline Street, Suite 210
Berkeley, CA 94703
Telephone: 510-644-2555
Email: aelewis@dredf.org

*Attorneys for Plaintiffs*

**Admitted pro hac vice*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

ULISES PEÑA LOPEZ, an individual; ABY PEÑA, an individual; and E.P., a minor, by and through her guardian and mother, ABY PEÑA

Plaintiffs,

v.

UNITED STATES OF AMERICA; DEPARTMENT OF HOMELAND SECURITY - IMMIGRATION AND CUSTOMS ENFORCEMENT; THE GEO GROUP, INC.; and CORECIVIC, INC.;

Defendants.

Case No.: 5:26-cv-06864-BLF-VKD

**~~[PROPOSED]~~ ORDER GRANTING STIPULATED REQUEST FOR ORDER EXTENDING TIME**

U.S. District Judge: Hon. Beth Labson Freeman

U.S. Magistrate Judge: Hon. Virginia K. Demarchi

Trial Date: None
Action Filed: July 6, 2026

The Court, having reviewed the Parties' Stipulation, and good cause appearing, hereby **GRANTS** the Stipulation and **ORDERS** as follows:

The Parties shall have until November 25, 2026, to file the ADR Certification and to hold a Meet and Confer regarding initial disclosures, early settlement, ADR process selection and discovery plan. The Parties shall have until December 10, 2026, to file their Initial Disclosures.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: September 16, 2026

Honorable Beth Labson Freeman
U.S. District Court Judge